UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAKEISHA D. WASHINGTON,<br><br>   Plaintiff,<br><br>v.<br><br>CASTLE CREDIT CO HOLDINGS, LLC<br>AND JOHN DOES 1-10,<br><br>   Defendant. | Case No. 4:22-cv-03680 |

## REQUEST FOR ENTRY OF CLERK'S DEFAULT

**NOW COMES** Plaintiff, LAKEISHA D. WASHINGTON, and pursuant to Fed. R. Civ. P. 55(a), seeking entry of Clerk's default against Defendant, CASTLE CREDIT CO HOLDINGS, LLC, and in support thereof, stating as follows:

1. On October 25, 2022, Plaintiff filed the instant action against Castle Credit Co Holdings, LLC ("Defendant") seeking redress for violations of the of Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*, Texas Debt Collection Act ("TDCA"), Tex. Fin. Code Ann. §392 *et seq.*, invasion of privacy, trespass to chattels, and intentional/negligent infliction of emotional distress [Dkt. 1]

2. Plaintiff's claims arise from Defendant's abusive debt collection practices.

3. On November 16, 2022, Defendant was served with Plaintiff's complaint. [Dkt. 10]

4. Defendant's answer was due on or before December 7, 2022.

5. Despite being duly served with Plaintiff's complaint, Defendant has failed to appear or otherwise respond to Plaintiff's complaint.

1

6.       Pursuant to Fed. R. Civ. P. 55(a), Plaintiff is seeking the entry of Clerk's default as a result of Defendant's failure to respond to Plaintiff's complaint.

**WHEREFORE**, Plaintiff respectfully request the entry of Clerk's default against Defendant Castle Credit Co Holdings, LLC, and for any further relief the Court deems just and proper.

DATED: December 15, 2022                    Respectfully submitted,

**LAKEISHA WASHINGTON**

By: */s/ Marwan R. Daher*
Marwan R. Daher, Esq.
Sulaiman Law Group, Ltd
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, I electronically filed the foregoing with the Clerk of the Court for the Western District of Texas by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by USPS Priority Mail, postage prepaid to the following participants:

**Castle Credit Co. Holdings, LLC**
**C/O Registered Agent Corporate Creations Network**
350S Northwest HWY #300
Park Ridge, IL 60068

*/s/ Marwan R. Daher*